IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| DONNA D. WILSON, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 3:99-CV-461 |
| | ) | (Shirley) |
| KNOX COUNTY, et al., | ) | |
| Defendants. | ) | |

**PROPOSED ORDER**

On motion of the Plaintiff to withdraw plaintiff's exhibit nos. 2, 5, 17, 18, 67, and 68 and for good cause shown, it is hereby

ORDERED that Plaintiff's Counsel may withdraw the exhibits identified above for the purposes of copying. Said exhibits shall be returned promptly to the Clerk of the Court.

Enter this ___ day of January, 2006.

                                                    s/ C. Clifford Shirley, Jr.
                                                  C. CLIFFORD SHIRLEY, JR.
                                                  UNITED STATES MAGISTRATE
                                                  JUDGE

APPROVED FOR ENTRY:

s/Herbert S. Moncier
HERBERT S. MONCIER
Attorney for Plaintiffs